## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Case No.:  26–41238 – KAC
Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

DARRIN JOHN CARLSON
asf PROSPECT FOUNDRY, LLC, asf
HIDDEN OAKS INVESTMENT, LLC, asf
DJC HOLDINGS, LLC

10415 HIDDEN OAKS LN N
Champlin, MN 55316

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx–xx–8304

MELANIE HARVEY CARLSON
asf PROSPECT FOUNDRY, LLC

10415 HIDDEN OAKS LN N
Champlin, MN 55316

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx–xx–4517

### NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 8/17/26 , or, for governmental units, within 180 days from the date of the Order for Relief or 8/17/26 , whichever is later. Proofs of claim can be filed electronically on the court's website:  www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 5/13/26

Tricia Pepin
Clerk, U.S. Bankruptcy Court
301 Diana E. Murphy U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

BY: admin
Deputy Clerk

mnbflclm 10/14