UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Case No. 26-41238
Chapter 7

Darrin John Carlson and Melanie Harvey Carlson,

Debtors.

**NOTICE OF PROPOSED SALE**

TO: The United States Trustee, all creditors and other parties in interest.

**Notice.** On **June 8, 2026**, or as soon thereafter as the transaction may be completed, the trustee will sell the following described property to the debtors:

- 2022 Acura MDX $626.00 (non-exempt portion)
- 2018 Acura MDX $13,553.36
- 2016 GMC Sierra $18,000
- 2016 Jeep Cherokee $3,000
- Checking Account $486.60
- Entropy Solutions LLC Stock $2,000
- Wages $493.62

The debtors have offered to pay the estate $38,337.64 for the assets on or before May 31, 2026. The trustee believes the sale is in the best interest of creditors since this is the highest offer received for the purchase of these assets and represents a fair offer based on the age and condition of the vehicles. In addition, the vehicles are not likely to net more if sold at auction and costs of sale would reduce the net equity for the estate. The trustee shall retain a security interest in the vehicles until paid in full. The assets are sold "as is, where is" without any representations or warranties.

**Objection: Motion: Hearing.** Any objection to this sale must be filed and served not later than **Monday, June 1, 2026**, which is seven days before the date set for the proposed sale (including Saturdays, Sundays, and holidays). The objection is governed by Fed. R. Bankr. P. 9014(a), which states relief shall be requested by motion. If a Motion Objecting to Proposed Sale of Property of Estate is timely served and filed, the court may hold a hearing on the objection. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.

Date: May 18, 2026

*s/ Nauni Manty*

Nauni Manty, Trustee (#230352)
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402
612-465-0990
nauni@mantylaw.com