**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: DARRIN JOHN CARLSON § Case No. 26-41238-KAC
MELANIE HARVEY CARLSON §
§
§
Debtor(s)

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/14/2026. The undersigned trustee was appointed on 04/15/2026.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 38,337.64

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 38.66 |
| Bank service fees | 120.63 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 38,178.35 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/17/2026 and the deadline for filing governmental claims was 10/11/2026. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,583.76. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,583.76, for a total compensation of $4,583.76[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $46.49 for total expenses of $46.49[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/19/2026

By: /s/ Nauni J. Manty
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

# Individual Estate Property Record and Report

# Asset Cases

Exhibit A
Page: 1

**Case No.:** 26-41238-KAC
**Case Name:** DARRIN JOHN CARLSON
MELANIE HARVEY CARLSON
**For Period Ending:** 08/19/2026

**Trustee Name:** (430120) Nauni J. Manty
**Date Filed (f) or Converted (c):** 04/14/2026 (f)
**§ 341(a) Meeting Date:** 05/07/2026
**Claims Bar Date:** 08/17/2026

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10415 HIDDEN OAKS LN N, Champlin, MN 55316-0000, Hennepin County | 525,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2022 ACURA MDX, 52,000+ miles | 32,000.00 | 626.00 | | 626.00 | FA |
| 3 | 2018 ACURA MDX, 75,000+ miles | 17,000.00 | 13,553.36 | | 13,731.42 | FA |
| 4 | 2016 GMC SIERRA, 120,000+ miles | 18,000.00 | 18,000.00 | | 18,000.00 | FA |
| 5 | 2016 JEEP CHEROKEE, 154,000+ miles | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 6 | NORMAL HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | CELL PHONE $500 IPAD $75 TELEVISIONS (7) $1050 | 1,625.00 | 0.00 | | 0.00 | FA |
| 8 | NORMAL WEARING APPAREL | 600.00 | 0.00 | | 0.00 | FA |
| 9 | COSTUME $75 WEDDING RING $600 | 675.00 | 0.00 | | 0.00 | FA |
| 10 | ROW MACHINE $150 TREADMILL $100 WEIGHTS & BENCH $150 | 400.00 | 0.00 | | 0.00 | FA |
| 11 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 12 | CHECKING JOINT 8576: US BANK, N.A. | 452.10 | 486.60 | | 486.60 | FA |
| 13 | CHECKING JOINT 6041: US BANK, N.A. | 1,145.69 | 0.00 | | 0.00 | FA |
| 14 | SAVINGS 0196: US BANK, N.A. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | SAVINGS 6213: US BANK, N.A. | 0.00 | 0.00 | | 0.00 | FA |
| 16 | SAVINGS 1218: BLAZE FEDERAL CREDIT UNION | 119.33 | 0.00 | | 0.00 | FA |
| 17 | SAVINGS 0001: GENISYS CREDIT UNION | 5.00 | 5.00 | | 0.00 | FA |
| 18 | SAVINGS 2969: WINGS FEDERAL CREDIT UNION | 0.00 | 0.00 | | 0.00 | FA |
| 19 | HSA: WEX BENEFITS | 1,867.38 | 0.00 | | 0.00 | FA |
| 20 | Nonpublic stock and businesses: ENTROPY SOLUTIONS, LLC | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 21 | DJC HOLDINGS, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 22 | 401K: QUALIFIED RETIREMENT ACCOUNT THROUGH CHARLES SCHWAB | 1,215,561.00 | 0.00 | | 0.00 | FA |

# Form 1

Exhibit A

Page: 2

# Individual Estate Property Record and Report

# Asset Cases

**Case No.:** 26-41238-KAC

**Case Name:** DARRIN JOHN CARLSON
MELANIE HARVEY CARLSON

**For Period Ending:** 08/19/2026

**Trustee Name:** (430120) Nauni J. Manty

**Date Filed (f) or Converted (c):** 04/14/2026 (f)

**§ 341(a) Meeting Date:** 05/07/2026

**Claims Bar Date:** 08/17/2026

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | IRA: QUALIFIED RETIREMENT ACCOUNT THROUGH CHARLES SCHWAB | 355,731.44 | 0.00 | | 0.00 | FA |
| 24 | IRA: QUALIFIED RETIREMENT ACCOUNT THROUGH TRANSAMERICA | 11,443.43 | 0.00 | | 0.00 | FA |
| 25 | TAX REFUNDS - 2025 | Unknown | 0.00 | | 0.00 | FA |
| 26 | ACCRUED BUT UNPAID WAGES | 3,926.00 | 493.62 | | 493.62 | FA |
| 27 | ACCRUED BUT UNPAID WAGES | 3,100.00 | 0.00 | | 0.00 | FA |
| 28 | TERM LIFE INSURANCE - AICPA INSURANCE TRUST: SPOUSE | 1.00 | 0.00 | | 0.00 | FA |
| 29 | VARIABLE LIFE INSURANCE THROUGH JOHN HANDCOCK: SPOUSE | 6,909.38 | 0.00 | | 0.00 | FA |
| 30 | TERM LIFE INSURANCE - AICPA INSURANCE TRUST: SPOUSE | 1.00 | 0.00 | | 0.00 | FA |
| 31 | TERM LIFE INSURANCE - AIG: SPOUSE | 1.00 | 0.00 | | 0.00 | FA |
| 32 | TERM LIFE INSURANCE - CINCINNATI LIFE INSURANCE: SPOUSE | 1.00 | 0.00 | | 0.00 | FA |
| **32** | **Assets Totals (Excluding unknown values)** | **$2,205,584.75** | **$38,164.58** | | **$38,337.64** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2026

**Current Projected Date Of Final Report (TFR):** 12/31/2026

# Form 2

**Exhibit B**

Page: 1

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 26-41238-KAC | **Trustee Name:** | Nauni J. Manty (430120) |
| **Case Name:** | DARRIN JOHN CARLSON<br>MELANIE HARVEY CARLSON | **Bank Name:** | TriState Capital Bank |
| | | **Account #:** | ******0169 Checking |
| **Taxpayer ID #:** | **-***9983 | **Blanket Bond (per case limit):** | $20,500,000.00 |
| **For Period Ending:** | 08/19/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 06/01/26 | | DARRIN JOHN CARLSON | Payment for vehicles, account, stock and wages | | 38,337.64 | | 38,337.64 |
| | {2} | | 2022 Acura MDX $626.00 | 1129-000 | | | |
| | {4} | | 2016 GMC Sierra $18,000.00 | 1129-000 | | | |
| | {5} | | 2016 Jeep Cherokee $3,000.00 | 1129-000 | | | |
| | {12} | | Checking $486.60 | 1129-000 | | | |
| | {20} | | Entropy Solutions stock $2,000.00 | 1129-000 | | | |
| | {26} | | wages $493.62 | 1129-000 | | | |
| | {3} | | 2018 Acura MDX $13,731.42 | 1129-000 | | | |
| 06/02/26 | 101 | International Sureties | Bond #612418760 | 2300-000 | | 38.66 | 38,298.98 |
| 06/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 57.30 | 38,241.68 |
| 07/31/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 63.33 | 38,178.35 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **38,337.64** | **159.29** | **$38,178.35** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **38,337.64** | **159.29** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$38,337.64** | **$159.29** | |

# Form 2



## Cash Receipts And Disbursements Record

**Case No.:** 26-41238-KAC
**Case Name:** DARRIN JOHN CARLSON
MELANIE HARVEY CARLSON
**Taxpayer ID #:** **-***9983
**For Period Ending:** 08/19/2026

**Trustee Name:** Nauni J. Manty (430120)
**Bank Name:** TriState Capital Bank
**Account #:** ******0169 Checking
**Blanket Bond (per case limit):** $20,500,000.00
**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0169 Checking | $38,337.64 | $159.29 | $38,178.35 |
| | **$38,337.64** | **$159.29** | **$38,178.35** |

Printed: 08/19/26 3:37 PM

# Exhibit C
# Claims Distribution Register



**Case: 26-41238-KAC DARRIN JOHN CARLSON AND MELANIE HARVEY CARLSON**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 08/19/26 | 200 | Nauni J. Manty<br>150 South Fifth Street<br>Suite 3125<br>Minneapolis, MN 55402<br><2100-00 Trustee Compensation> | $ 4,583.76 | $ 4,583.76 | $ 0.00 | $ 4,583.76 | $ 4,583.76 |
| | 08/19/26 | 200 | Nauni J. Manty<br>150 South Fifth Street<br>Suite 3125<br>Minneapolis, MN 55402<br><2200-00 Trustee Expenses> | $ 46.49 | $ 46.49 | $ 0.00 | $ 46.49 | $ 46.49 |
| | | | Total for Priority 200: 100% Paid | $ 4,630.25 | $ 4,630.25 | $ 0.00 | $ 4,630.25 | $ 4,630.25 |
| | | | Total for Admin Ch. 7 Claims: | $ 4,630.25 | $ 4,630.25 | $ 0.00 | $ 4,630.25 | $ 4,630.25 |
| **Secured Claims:** | | | | | | | | |
| 5S | 08/06/26 | 100 | US SMALL BUSINESS ADMINISTRATION<br>721 19th Street<br>Denver, CO 80202<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 5,000.00 | $ 5,000.00 | $ 0.00 | $ 5,000.00 | $ 0.00 |
| | | | Total for Priority 100: 0% Paid | $ 5,000.00 | $ 5,000.00 | $ 0.00 | $ 5,000.00 | $ 0.00 |
| | | | Total for Secured Claims: | $ 5,000.00 | $ 5,000.00 | $ 0.00 | $ 5,000.00 | $ 0.00 |
| **Priority Claims:** | | | | | | | | |
| 6P | 08/11/26 | 570 | MINNESOTA DEPT OF REV<br>PO Box 64447 - BKY<br>St Paul, MN 55164-0447<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 60,528.51 | $ 60,528.51 | $ 0.00 | $ 60,528.51 | $ 33,548.10 |
| | | | Total for Priority 570: 55.42529% Paid | $ 60,528.51 | $ 60,528.51 | $ 0.00 | $ 60,528.51 | $ 33,548.10 |
| | | | Total for Priority Claims: | $ 60,528.51 | $ 60,528.51 | $ 0.00 | $ 60,528.51 | $ 33,548.10 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 05/20/26 | 610 | North American Banking Company<br>9260 Hudson Rd<br>Woodbury, MN 55125<br><7100-00 General Unsecured - § 726(a)(2)> | $ 1,084,878.56 | $ 1,084,878.56 | $ 0.00 | $ 1,084,878.56 | $ 0.00 |
| 2 | 05/29/26 | 610 | U.S. Bank National Association<br>PO Box 5227<br>Cincinnati, OH 45201<br><7100-00 General Unsecured - § 726(a)(2)> | $ 9,295.67 | $ 9,295.67 | $ 0.00 | $ 9,295.67 | $ 0.00 |

Printed: 08/19/26 3:37 PM

# Exhibit C
# Claims Distribution Register



### Case: 26-41238-KAC DARRIN JOHN CARLSON AND MELANIE HARVEY CARLSON

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 3 | 06/04/26 | 610 | U.S. Bank National Association<br>PO Box 5227<br>Cincinnati, OH 45201<br><7100-00 General Unsecured - § 726(a)(2)> | $ 34,303.47 | $ 34,303.47 | $ 0.00 | $ 34,303.47 | $ 0.00 |
| 4 | 06/05/26 | 610 | U.S. Bank National Association<br>PO Box 5227<br>Cincinnati, OH 45201<br><7100-00 General Unsecured - § 726(a)(2)> | $ 57,498.18 | $ 57,498.18 | $ 0.00 | $ 57,498.18 | $ 0.00 |
| 5U | 08/06/26 | 610 | US SMALL BUSINESS ADMINISTRATION<br>721 19th Street, 3rd Floor<br>Denver, CO 80202<br><7100-00 General Unsecured - § 726(a)(2)> | $ 539,417.83 | $ 539,417.83 | $ 0.00 | $ 539,417.83 | $ 0.00 |
| 6U | 08/11/26 | 610 | MINNESOTA DEPT OF REV<br>COLLECTION DIVISION<br>PO BOX 64564<br>SAINT PAUL, MN 55164-0564<br><7100-00 General Unsecured - § 726(a)(2)> | $ 20,431.42 | $ 20,431.42 | $ 0.00 | $ 20,431.42 | $ 0.00 |
| | | | Total for Priority 610: 0% Paid | $ 1,745,825.13 | $ 1,745,825.13 | $ 0.00 | $ 1,745,825.13 | $ 0.00 |
| | | | Total for Unsecured Claims: | $ 1,745,825.13 | $ 1,745,825.13 | $ 0.00 | $ 1,745,825.13 | $ 0.00 |
| | | | Total for Case: | $ 1,815,983.89 | $ 1,815,983.89 | $ 0.00 | $ 1,815,983.89 | $ 38,178.35 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 26-41238-KAC
Case Name: DARRIN JOHN CARLSON AND
MELANIE HARVEY CARLSON
Trustee Name: Nauni J. Manty

**Balance on hand:** $ 38,178.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5S | US SMALL BUSINESS ADMINISTRATION | 5,000.00 | 5,000.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 38,178.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Nauni J. Manty | 4,583.76 | 0.00 | 4,583.76 |
| Trustee, Expenses - Nauni J. Manty | 46.49 | 0.00 | 46.49 |

Total to be paid for chapter 7 administrative expenses: $ 4,630.25
Remaining balance: $ 33,548.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 33,548.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $60,528.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | MINNESOTA DEPT OF REV | 60,528.51 | 0.00 | 33,548.10 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 33,548.10 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,745,825.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | North American Banking Company | 1,084,878.56 | 0.00 | 0.00 |
| 2 | U.S. Bank National Association | 9,295.67 | 0.00 | 0.00 |
| 3 | U.S. Bank National Association | 34,303.47 | 0.00 | 0.00 |
| 4 | U.S. Bank National Association | 57,498.18 | 0.00 | 0.00 |
| 5U | US SMALL BUSINESS ADMINISTRATION | 539,417.83 | 0.00 | 0.00 |
| 6U | MINNESOTA DEPT OF REV | 20,431.42 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |