**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Case No: 26−41238

DARRIN JOHN CARLSON,
MELANIE HARVEY CARLSON,

Chapter 7

Debtor(s).

## ORDER PURSUANT TO NOTICE REGARDING AWARDS OF COMPENSATION, ETC. AND TRUSTEE'S FINAL REPORT AND ACCOUNT

It appearing that no motion objecting to and requesting a hearing was filed within the time fixed by the court after notice to all creditors and other parties in interest with respect to the trustee's final report and account before distribution and the requests and applications filed for award or allowance and payment of compensation or reimbursement from the estate, and having thereafter duly examined and considered all such requests and applications and no actual hearing being necessary in the circumstances, it is hereby ordered that:

1. Reasonable compensation for actual and necessary services rendered or reimbursement for actual and necessary expenses incurred are hereby awarded or allowed, or under 11 U.S.C §§330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | COMPENSATION | REIMBURSEMENT |
|---|---|---|
| **TRUSTEE:** | | |
| **Nauni Jo Manty** | **$4,583.76** | **$46.49** |

2. Administrative expense allowances heretofore if any are hereby modified to the extent applicable by paragraph 1 above of this order.

Dated: October 14, 2026

s/ Katherine A. Constantine
United States Bankruptcy Judge