**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Case No: 26−41238

DARRIN JOHN CARLSON,
MELANIE HARVEY CARLSON, Chapter 7

Debtor(s).

## ORDER PURSUANT TO NOTICE REGARDING AWARDS OF COMPENSATION, ETC. AND TRUSTEE'S FINAL REPORT AND ACCOUNT

It appearing that no motion objecting to and requesting a hearing was filed within the time fixed by the court after notice to all creditors and other parties in interest with respect to the trustee's final report and account before distribution and the requests and applications filed for award or allowance and payment of compensation or reimbursement from the estate, and having thereafter duly examined and considered all such requests and applications and no actual hearing being necessary in the circumstances, it is hereby ordered that:

1. Reasonable compensation for actual and necessary services rendered or reimbursement for actual and necessary expenses incurred are hereby awarded or allowed, or under 11 U.S.C §§330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | COMPENSATION | REIMBURSEMENT |
|---|---|---|
| **TRUSTEE:** | | |
| **Nauni Jo Manty** | **$4,583.76** | **$46.49** |

2. Administrative expense allowances heretofore if any are hereby modified to the extent applicable by paragraph 1 above of this order.

Dated: October 14, 2026

s/ Katherine A. Constantine
United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re:
DARRIN JOHN CARLSON
MELANIE HARVEY CARLSON
Debtors

Case No. 26-41238-KAC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 2
Date Rcvd: Oct 29, 2026 Form ID: pdf111 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | DARRIN JOHN CARLSON, MELANIE HARVEY CARLSON, 10415 HIDDEN OAKS LN N, Champlin, MN 55316-3044 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John D. Lamey, III | on behalf of Debtor 2 MELANIE HARVEY CARLSON bankrupt@lameylaw.com MGangi@lameylaw.com;ewise@lameylaw.com |
| John D. Lamey, III | on behalf of Debtor 1 DARRIN JOHN CARLSON bankrupt@lameylaw.com MGangi@lameylaw.com;ewise@lameylaw.com |
| Mary R Jensen | on behalf of U.S. Trustee US Trustee mary.r.jensen@usdoj.gov |
| Nauni Jo Manty | ecf@mantylaw.com mn12@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 5